# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| **JENNIFER WILLIAMS CARROLL**, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | Case No: _____ |
| ) | |
| **RELIANCE STANDARD LIFE INS.** ) | |
| **COMPANY and TSG RESOURCES, INC.** ) | |
| **d.b.a. SCP HEALTH** ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Comes Now, Plaintiff, JENNIFER WILLIAMS CARROLL, and makes the following representations to the Court for the purpose of obtaining relief from Defendants' refusal to pay long term disability ("LTD") benefits due under an employee benefits plan under the Employee Retirement Security Act of 1974 ("ERISA"):

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1337 and 29 U.S.C § 1132(e). Plaintiff's claims "relate to" Plaintiff, JENNIFER CARROLL, is currently and was at all relevant times, a resident of Tennessee.

2. The Plaintiff was an employee of TSG RESOURCES, INC, dba SCP HEALTH at all times pertinent hereto, a Louisiana Corporation and alleges upon information and belief that the Long Term Disability Plan for Employees of SCP HEALTH Policy LTD 132139 at all relevant times was, an "employee welfare benefit plan" as defined by ERISA. The Plan may be served with process by and through TSG Resources, Inc. upon its registered agent for service C T Corporation System, 300 Montvue Rd, Knoxville, TN 37919-5546.

3. Plaintiff alleges upon information and belief that Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY (hereinafter RELIANCE) is the party responsible for making the decision to deny Plaintiff's benefits and is the party responsible for payment of same through the Group Policy No.: LTD 132139, RELIANCE may be served through the Commissioner of the Tennessee Department of Commerce and Insurance, 500 James Robertson Parkway, Ste 660, Nashville, TN 37243-1131.

4. The Plaintiff became unable to work for SCP HEALTH as of December 31, 2021 due to the effects of COVID and severe migraines. RELIANCE determined the claimant was unable to work from June 29, 2022 to February 28, 2023 and satisfied the Policy definition of Total Disability during that time.

5. RELIANCE reviewed the file for continued disability and determined by decision dated April 11, 2023 that the Plaintiff no longer met the definition of Disability under the policy.

6. The Plaintiff filed her own appeal of the determination on April 21, 2023 along with numerous medical records, statements from physicians and summary of her symptoms supporting her case with diagnosis of Post-COVID (Long Haulers COVID) symptoms including sever fatigue, cognitive impairment, micro-clotting and other issues preventing her from returning to her position as a Physician's Assistant.

7. The Plaintiff was denied continued LTD benefits by letter of September 24, 2023 by RELIANCE thus concluding the appeals process as provided under the Policy. The appeal was denied solely on the basis of a medical records review by a hired physician Leonard Sonne, M.D. who opined the claimant had no impairments.

8. RELIANCE failed to properly evaluate the claim by failing to have an independent medical evaluation as it had authority to do; failed to have a specialist familiar with long-haulers COVID and the symptoms associated with same review the file; failed to consider the proper weight to be given to the medical evidence submitted in support of the Plaintiff's position including two Physical Assessments by her two treating physicians most familiar with her condition and improperly relied upon the medical report of a physician reviewer to deny the claim. The reviewing physician did not talk with the Plaintiff or have anyone interview her concerning her condition.

9. RELIANCE failed to take into account the severe fatigue and cognitive functioning in assessing her ability to return to the job as a Physician's Assistant or take into account that the Plaintiffs license is retired pending her ability to be able to return to work. This fatigue is a daily problem requiring continued assistance to take care of her own child daily. She could not under any basis perform the job of a Physician's Assistant, which requires a high level of cognitive functioning. The evidence from the administrative record is overwhelming of the impact of the Long Haulers COVID. The decision of RELIANCE is both arbitrary and capricious in that it failed to follow its own policy provisions or properly review the case.

10  Plaintiff alleges that she is entitled to continued LTD benefits pursuant to the policy of insurance with the Defendants and that she meets the definition of "disability" in the group policy and that the Defendants have breached the terms of the contract for LTD benefits by denying same. Plaintiff would further allege that LIC did not do a thorough review of the medical evidence presented and take into account the plethora of medical problems the Plaintiff suffers on a daily basis.

11. The Plaintiff should be awarded attorneys fees and costs pursuant to 29 U.S.C. § 1132(g) and all funds required to be paid to her from the last month in which she was paid benefits through the term of the policy.

12. The policy provided for a 24-month payment period and was paid for eight (8) months of that term. Plaintiff makes a claim for Judgment for payment from March 2023 through May 2024 in the amount of $83700.00 and ongoing payments of $5580.00 through June 2024.

WHEREFORE THE PLAINTIFF PRAYS:

1. That proper process issue to the named Defendants and they be required to file an Answer within the time as required under the Federal Rules of Civil Procedure.

2. That the Court issue an order requiring the administrative record to be filed in this cause.

3. That the Court award the Plaintiff all sums due under her LTD Policy/Plan along with prejudgment interest thereon, reasonable attorney's fees and costs of this cause.

4. That the Court award such other general and specific relief in which this Court deems appropriate according to the provisions of 29 U.S.C. § 1132 if proven in this cause.

JENNIFER WILLIAMS CARROLL

By: /s/ David N. Darnell
_____
David N. Darnell BPR 018614
Attorney for the Plaintiff
2809 E. Center St.
P.O. Box 3708
Kingsport, TN 37664
(423) 246-1988

fax (423) 378-4594
David.Darnell@deangreer.com